# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

FRANCIS GRANDENETTI, II,                                                                   PLAINTIFF

V.                                                                                    NO. 2:04CV306-P-D

ANDREW ESTRIDGE, ET AL,                                                                 DEFENDANTS

## ORDER DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff in this *pro se* § 1983 complaint has been transferred to the Tallahatchie County Correctional Facility (TCCF) from the state of Arizona. He contends that the transfer was illegal, and that the defendants are "engaging in private-prisoner-brokeraging, with prisoners being brought into the State of Mississippi unlawfully." He has moved that the court certify this complaint as a class action lawsuit, with the plaintiff class being "all detainees, wards, inmates, prisoners, or arrestees brought into the State of Mississippi, during the past, currently, or in the future ...."

Plaintiff's complaint contains no information whatsoever that convinces the court that there is a need for class certification. Plaintiff alleges that he was wrongfully transferred into Mississippi, that he does not want to be subject to the courts of Mississippi, that he has been injured while incarcerated at the TCCF, that his serious medical needs have been ignored while at the TCCF, that he was wrongfully served an arrest warrant while at the TCCF, that he has "unfinished legal business in the State of Hawaii," and that the defendants are "engaged in venue shopping." His complaints are clearly personal in nature, and co-mingling other plaintiffs would be improper. Accordingly, plaintiff's motion for class certification (docket entry 7) and amended motion for class certification (docket entry 23) are **denied**.

**SO ORDERED**, this the 18th day of July, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE