**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**FRANCIS GRANDENETTI,**                                            **PLAINTIFF**

**V.**                                                       **NO. 2:04CV306-P-D**

**ANDREW ESTRIDGE, ET AL,**                                   **DEFENDANTS**

### **ORDER DENYING PLAINTIFF'S MOTIONS AS MOOT**

This *pro se* § 1983 was dismissed on August 24, 2005, in accordance with plaintiff's notice of voluntary dismissal. Before the court are several motions which plaintiff had filed before his notice of voluntary dismissal. These include Motion to Certify Class (docket entry 7), Motion for Show Cause Order (docket entry 29), Motion for Show Cause Order (docket entry 33), Motion for Temporary Restraining Order and Preliminary Injunction (docket entry 37), Motion to Stay (docket entry 38), Motion for Reconsideration (docket entry 39), and Motion to Enter Revised Order setting *Spears* Hearing (docket entry 40). Since the case is no longer pending before this court, the motions are **moot**. Accordingly, it is

    **ORDERED:**

That all of plaintiff's outstanding motions are hereby **denied**.

THIS the 26th day of October, 2005.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE